The Honorable Kymberly K. Evanson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JESSICA BURCIAGA, CIELO JEAN GIBSON, CLAUDIA SAMPEDRO, and PAOLA CAÑAS, <br><br> Plaintiffs, <br><br> v. <br><br> AAJP 2, INC, d/b/a EL PARRAL, <br><br> Defendant. | CASE NO.: 2:23-cv-00981-KKE <br><br> **ORDER EXTENDING SERVICE DEADLINE** |

This matter comes before the Court on Plaintiffs' motion to extend the deadline for service of the Summons and Complaint on Defendant, previously set by this Court as February 16, 2024. Dkt. Nos. 18, 19.  The Court finds good cause to extend this deadline and therefore GRANTS the motion.  Dkt. No. 19.  Plaintiffs shall perfect service on Defendant no later than April 1, 2024.

Dated this 13th day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER – 1