UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA BURCIAGA, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>AAJP 2, INC.,<br><br>          Defendant. | CASE NO. C23-0981-KKE<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. Plaintiffs filed their complaint on June 30, 2023. Dkt. No. 1. As of the date of this Order, Defendant AAJP 2, Inc. has yet to appear.

The Clerk of Court entered default on December 19, 2023. Dkt. No. 16. On January 11, 2024, Plaintiffs filed a motion for default judgment (Dkt. No. 17), which the Court denied without prejudice because it could not "find that Plaintiffs properly effectuated service on Defendant under Rule 4(h)(1)(B)." Dkt. No. 18 at 2. On February 13, 2024, Plaintiffs filed a motion for extension of time to serve Defendant (Dkt. No. 19), which the Court granted. Dkt. No. 20. On April 1, 2024, Plaintiffs filed proof that Defendant was served through the Washington Secretary of State within the deadline set by the Court. Dkt. No. 21.

It has been over five months since Plaintiffs filed their proof of service. Defendant has not appeared, and Plaintiffs have not filed any motion.

ORDER TO SHOW CAUSE - 1

Accordingly, Plaintiffs are ORDERED to show cause why this matter should not be dismissed for failure to prosecute, no later than September 20, 2024.

Dated this 6th day of September, 2024.

Kymberly K. Evanson
United States District Judge